UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

IN RE:  TINSLEY, DENNIS DEAN           CASE NO. 08-72409
        TINSLEY, PEGGY SUE             CHAPTER 7

        Debtors.

## TRANSMITTAL OF SMALL DIVIDENDS

Comes now the undersigned Trustee and reports as follows:

1. Distribution to creditors in an amount of less than Five Dollars ($5.00), unless authorized by the Court is prohibited by Bankruptcy Rule 3010, unless authorized by the Court. No such order has been entered by the Court.

2. The Trustee is providing below the name, address, and amount due that creditor to whom distribution of less than five dollars would have been made if ordered by the Court.

> Ashley Funding Services, LLC (*Claim No. 9*)
> its successors and assigns, as assignee of
> Laboratory Corp of America Holdings
> c/o Resurgent Capital Services
> P.O. Box 10587
> Greenville, SC 29603-0587
> Distribution Amount Due: $2.82

3. That the Trustee's check payable to the Clerk, U.S. Bankruptcy Court, for the dividends of less than five dollars is attached with the request that such funds be deposited in the U.S. Treasury.

Date: February 24, 2010                 /s/ Charles R. Allen, Jr.
                                        Charles R. Allen, Jr., Trustee
                                        120 Church Avenue, S.W.
                                        Roanoke, VA 24011
                                        540-342-1731
                                        540-342-9919 fax

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE "CHASE" LOGO FADING IN THE BACKGROUND

# JPMORGAN CHASE BANK, N.A.
4 New York Plaza, 13th Floor, New York, NY 10004

**VOID AFTER 90 DAYS**

**106**

1-2 / 210

TID #660070

| Case | Debtor |
|---|---|
| 08-72409 WSR | TINSLEY, DENNIS DEAN |
| 312216312366 | TINSLEY, PEGGY SUE |
| COMBINED SMALL CHECK | |

CHARLES R. ALLEN
120 CHURCH AVE, SW,
SUITE 200
ROANOKE VA 24011

Date   02/24/2010     $ ************2.82

~~~Two Dollars and 82/100

Pay to the Order of   U.S. Bankruptcy Court

_[signature]_
CHARLES R. ALLEN

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

⑆000000106⑆ ⑈021000021⑈ 312216312366⑉

